Ralph BLACK et al.

v.

Tom KOCH.

No. 7157.

United States Court of Appeals
Tenth Circuit.

Jan. 23, 1963.

Malcolm Miller, Wichita, Kan., and James A. Williams, Dodge City, Kan., for appellants.

H. Lee Turner and J. Eugene Balloun, Great Bend, Kan., for appellee.

Before MURRAH, Chief Judge, and ARRAJ, District Judge.

PER CURIAM.

Appeal dismissed January 23, 1963, pursuant to stipulation of counsel.

ARTHUR ANDERSEN & CO., Appellant,

v.

Donald VINCENT, Trustee of Chemo Puro Manufacturing Corporation, Bankrupt, Appellee.

No. 179, Docket 27761.

United States Court of Appeals
Second Circuit.

Argued Jan. 9, 1963.

Decided Jan. 11, 1963.

Dunnington, Bartholow & Miller, New York City (Charles G. Pillon, New York City, of counsel), for appellant.

David W. Kahn, New York City, for appellee.

Before CLARK, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

We affirm the judgment of the district court in favor of the trustee in bankruptcy and against Arthur Andersen & Co., the purported claimant, for the reasons stated in the opinion of Chief Judge Ryan, In re Chemo Puro Mfg. Corp., D.C. S.D.N.Y., 213 F.Supp. 845.

COMMISSIONER OF INTERNAL REVENUE

v.

Jeanette Ord SAGER.

COMMISSIONER OF INTERNAL REVENUE

v.

M. C. and Marjorie O. KAAN.

COMMISSIONER OF INTERNAL REVENUE

v.

Harry C. and Anne Beasley SAGER.

COMMISSIONER OF INTERNAL REVENUE

v.

Ray and Gertrude CHAMBERLAIN.

Nos. 7227–7230.

United States Court of Appeals
Tenth Circuit.

Feb. 13, 1963.

Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson, Atty., Tax Division, Dept. of Justice, Washington, D. C., for petitioner.

Frank M. Cavanaugh, Denver, Colo., for respondents.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petitions to review dismissed February 13, 1963, on motion of petitioner.